JON D. RUBIN, State Bar No. 196944
DIEPENBROCK HARRISON
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814-4413
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

DANIEL J. O'HANLON, State Bar No. 122380
WILLIAM T. CHISUM, State Bar No. 142580
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA  95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Westlands Water District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARCELLOS AND WOLFSEN, INC., et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>WESTLANDS WATER DISTRICT, et al.,<br><br>    Defendants. | CASE NO.: CV 79-106-OWW |
| WESTLANDS WATER DISTRICT, et al.,<br><br>    Plaintiffs-in-Consolidation,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants-in-Consolidation. | CONSOLIDATED<br>CASE NO. CV F-81-245-OWW<br><br>**EX PARTE APPLICATION AND ORDER TO AMEND JUDGMENT TO ALLOW FOR AREA REPRESENTATIVE RESIGNATION** |

Westlands Water District (Westlands) hereby makes this application for an order to amend the judgment issued by this Court on December 30, 1986, and modified on December 13, 2002, in *Barcellos and Wolfsen, Inc., et. al. v. Westlands Water District, et. al.*, consolidated with, *Westlands Water District v. United States*, Case Nos. CV 79-106-OWW and CV F-81-245 OWW, ("*Barcellos* Judgment").

The *Barcellos* Judgment establishes representatives for Area I and Area II, which designate the lands in the original Westlands District and the lands in the former Westplains District prior to the enactment of the Westlands Water District Merger Law, California Water Code sections 37800, *et seq*. In or about June 2005, Y. Stephen Pilibos, one of the original Area I Representatives appointed by the *Barcellos* Judgment, informed the other Area I Representatives and Westlands Water District that he wished to resign as a representative of Area I and subsequently submitted a letter of resignation. Declaration of Thomas W. Birmingham, ¶ 2. Although the *Barcellos* Judgment provides for circumstances in which an Area Representative shall automatically lose status, *inter alia*, cessation of ownership and operation of land within the Area represented, death, or adjudication of incompetence (Barcellos Judgment at Paragraph 22.3), the Judgment does not provide for the voluntary resignation of an Area representative.

Counsel for Westlands is informed by communications with Charles Shockey, Esq., counsel for the United States, William Smiland, Esq., counsel for the Area I Representatives, and Norman Hile, Esq., counsel for the Area II Representatives, that there is no objection to this technical modification of the *Barcellos* Judgment. Declaration of Thomas W. Birmingham, ¶ 3. It is Westlands' hope that, because of the technical nature of the proposed amendment, it can be accomplished without notice to landowners in Area I and Area II.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1  For the foregoing reasons, Westlands requests that the Court grant its Ex Parte Application
2  to Allow for Area Representative Resignation.

3  Dated: March 31, 2006            Respectfully submitted,

4                                   DIEPENBROCK HARRISON
                                    A Professional Corporation
5

6                                   By  */s/ Jon D. Rubin*
                                         Jon D. Rubin
7                                   Attorneys for Westlands Water District

PDF created with pdfFactory trial version www.pdffactory.com

1  GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that Paragraph 22.3 of the
2 Judgment in *Barcellos and Wolfsen, Inc., et. al. v. Westlands Water District, et. al.*, consolidated
3 with *Westlands Water District v. United States*, Case No. CV 79-106-OWW and CV F-81-245
4 OWW, is amended to provide as follows:

> 22.3.   Any representative of either such Area shall automatically lose status as such and shall no longer have any powers or duties as a representative of such Area hereunder upon the happening of either (a) the cessation of such representative's juridical existence, including the death or adjudication of incompetence of a natural person, or the dissolution of a corporation, ~~or~~ (b) the cessation of such representative's ownership and operation of land within the Area of which he is a representative, <u>or (c) written notice of resignation to the other representatives of the Area of which he is a representative and to the District.</u>  Upon the occurrence of such vacancy, the remaining representatives of the affected Area owning or operating at least a majority of the assessed value of all the lands within such Area which are owned or operated by all the remaining representatives of such Area shall select a successor representative willing to so serve.  The name of the successor representative shall be certified to the District by the representatives who have selected the successor.  The District shall maintain an up-to-date list of the names and addresses of all Area representatives and the assessed value of the lands owned or operated by each.

Dated: ____July 5_____, 2006

/s/ OLIVER W. WANGER
OLIVER W. WANGER, District Court Judge

DIEPENBROCK
HARRISON
G:\docs\GLucas\Orders To Be Signed\79cv106exparte.doc

4

EX PARTE APPLICATION TO
AMEND JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com